B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M&M Pizza of Ohio Corp. Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-1289024** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7003 Post Road**<br>**Dublin, OH**<br><div align="right">ZIP Code<br>**43016**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Chapter 11 Debtors**

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                          **Page 2**

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   **M&M Pizza of Ohio Corp. Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| <br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>  ☐ Exhibit A is attached and made a part of this petition. | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)*<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

**Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **M&M Pizza of Ohio Corp. Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ J. Matthew Fisher**
Signature of Attorney for Debtor(s)

**J. Matthew Fisher 0067192**
Printed Name of Attorney for Debtor(s)

**Allen Kuehnle Stovall & Neuman LLP**
Firm Name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**

Address

**(614) 221-8500  Fax: (614) 221-5988**
Telephone Number

**October  8, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mel A. Coffland**
Signature of Authorized Individual

**Mel A. Coffland**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  8, 2012**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**RESOLUTIONS OF
THE SHAREHOLDERS OF
M & M PIZZA OF OHIO CORP. INC.
ON SEPTEMBER 24, 2012**

*AUTHORIZATION OF FILING CHAPTER 11 BANKRUPTCY*

WHEREAS, M & M Pizza of Ohio Corp. Inc., ("M & M Pizza"), an Ohio corporation, through all of its shareholders which have the power and authority to authorize a bankruptcy proceeding, deems it advisable and in the best interests of M & M Pizza, its creditors, and all parties in interest to seek protection under Chapter 11 of the Title 11 of the United States Code, and to employ competent professional assistance to guide M & M Pizza through its reorganization process.

RESOLVED, that M & M Pizza be, and hereby is, authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code for the Southern District of Ohio, Eastern Division (the "Bankruptcy Proceeding").

RESOLVED FURTHER, that Mel Coffland, the President of M & M Pizza be, and hereby is, authorized to execute and file on behalf of M & M Pizza any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that M & M Pizza be, and hereby is, authorized to retain the law firm of Allen Kuehnle Stovall & Neuman LLP as legal counsel to represent it in connection with the Bankruptcy Proceeding.

RESOLVED FURTHER, that M & M Pizza is authorized to negotiate and enter into a debtor in possession loan facility; negotiate and enter into an agreement for the use of cash collateral, as defined in the relevant sections of the Bankruptcy Code, during the Bankruptcy Proceeding; and to negotiate and propose a plan of reorganization.

RESOLVED FURTHER, that Mel Cofland is hereby authorized and directed, after consultation with legal counsel for M & M Pizza, to take in the name and on behalf of M & M Pizza, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation the execution and delivery of any additional agreements, certificates, waivers, consents, amendments or other agreements or instruments deemed appropriate by such officer or officers, the payment of all fees, including recording and filing fees, and the observance and performance of M & M Pizza's obligations and the enforcement of M & M Pizza's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by Mel Coffland in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of M & M Pizza.

RESOLVED FURTHER, that any prior resolutions of the Shareholders of M & M Pizza to the contrary are hereby superseded and of no further force and effect.

IN WITNESS WHEREOF, the undersigned Shareholders have executed this Resolution, as of the date first written above.

_____
Mel Coffland, Shareholder

_____
Mike Migliori, Shareholder

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## Southern District of Ohio

| | | |
|---|---|---|
| In re **M&M Pizza of Ohio Corp. Inc.** | Case No. | |
| Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AdvanceMe, Inc. C/o Stephanie Villasenor 2015 Vaughn Road, Bldg. 500 Kennesaw, GA 30144 | Stephanie Villasenor AdvanceMe 2015 Vaughn Road, Bldg. 500 Kennesaw, GA 30144 | Future Receivables Purchase and Sales Agreement | Contingent Unliquidated Disputed | 228,488.00 (Unknown secured) |
| American Electric Power Legal Dept. 1 Riverside Plaza Columbus, OH 43215 | American Electric Power Legal Dept. 1 Riverside Plaza Columbus, OH 43215 | Store #420 Business Debt | | 2,758.05 |
| American Electric Power Legal Dept. 1 Riverside Plaza Columbus, OH 43215 | American Electric Power Legal Dept. 1 Riverside Plaza Columbus, OH 43215 | Store #438 Business Debt | | 2,380.00 |
| Casto 191 West Nationwide Boulevard Suite 200 Columbus, OH 43215 | Casto 191 West Nationwide Boulevard Suite 200 Columbus, OH 43215 | amounts owed for water and insurance reimbursables for Columbus stores | | 2,866.00 |
| City of Westerville 64 East Walnut Street Westerville, OH 43081 | City of Westerville 64 East Walnut Street Westerville, OH 43081 | Store #462 Business Debt, electric company | | 5,235.66 |
| Dublin Oaks Limited c/o Casto Attn: Debbie Zink 191 West Nationwide Blvd. Columbus, OH 43215 | Dublin Oaks Limited c/o Casto Attn: Debbie Zink 191 West Nationwide Blvd. Columbus, OH 43215 | Lease of Store #546, 7048 Hospital Drive, Dublin, Ohio 43016 | | 24,796.00 |
| Felbram Plaza North LLC c/o Winbrook Management 370 Seventh Ave., Suite 1600 New York, NY 10001 | Felbram Plaza North LLC c/o Winbrook Management 370 Seventh Ave., Suite 1600 New York, NY 10001 | Target, Lease of Store #635, 3650 S.E. Street, Indianapolis, IN | | 17,961.00 |
| Indiana Dept. of Revenue Indiana Government Center North 100 North Senate Avenue Indianapolis, IN 46204 | Indiana Dept. of Revenue Indiana Government Center North 100 North Senate Avenue Indianapolis, IN 46204 | Indiana Sales tax, January - September, 2012 | | 137,143.00 |
| Indianapolis Power & Light 2102 N. Illinois Street Indianapolis, IN 46202-1330 | Indianapolis Power & Light 2102 N. Illinois Street Indianapolis, IN 46202-1330 | Store #355 Business Debt | | 2,129.77 |

B4 (Official Form 4) (12/07) - Cont.

In re   **M&M Pizza of Ohio Corp. Inc.**                                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Morse & Hamilton Limited Partnership**<br>**c/o Casto, Attn: Debbie Zink**<br>**191 West Nationwide Bvld.**<br>**Columbus, OH 43215** | **Morse & Hamilton Limited Partnership**<br>**c/o Casto, Attn: Debbie Zink**<br>**191 West Nationwide Bvld.**<br>**Columbus, OH 43215** | **Lease of Store #438, Gahanna** | | **22,872.00** |
| **Northridge Crossing LLP**<br>**c/o Casto, Attn:  Debbie Zink**<br>**191 West Nationwide Blvd.**<br>**Columbus, OH 43215** | **Northridge Crossing LLP**<br>**c/o Casto, Attn:  Debbie Zink**<br>**191 West Nationwide Blvd.**<br>**Columbus, OH 43215** | **Lease of Store #462, Westerville, Ohio** | | **27,222.00** |
| **Ohio Casualty**<br>**c/o Chris Hauser**<br>**4009 Erie Court**<br>**Cincinnati, OH 45227** | **Ohio Casualty**<br>**c/o Chris Hauser**<br>**4009 Erie Court**<br>**Cincinnati, OH 45227** | **Business Debt, property and casualty insurance** | | **5,520.00** |
| **Ohio Department of Job and Family Serv.**<br>**30 East Broad Street, 31st Floor**<br>**Columbus, OH 43215** | **Ohio Department of Job and Family Serv.**<br>**30 East Broad Street, 31st Floor**<br>**Columbus, OH 43215** | **Two Notices of Lien filed with Franklin County, Ohio Recorder related to unemployment tax** | **Contingent Unliquidated** | **6,737.00**<br><br>**(Unknown secured)** |
| **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **CAT Tax** | | **8,000.00** |
| **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **Ohio Department of Taxation**<br>**Attn: Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | **Ohio Sales Tax, January, 2012 and May through September, 2012** | | **97,933.00** |
| **Pizza Partners of Ohio, Ltd.**<br>**c/o Linda S. LaRue, for M. Segner**<br>**2001 Bryan Street, Suite 2800**<br>**Dallas, TX 75201** | **Pizza Partners of Ohio, Ltd.**<br>**c/o Linda S. LaRue, for M. Segner**<br>**2001 Bryan St., Suite 2800**<br>**Dallas, TX 75201** | **Promissory Note $125,000; "Assumed" Ohio Sales Tax, $122,000** | **Contingent Unliquidated Disputed** | **247,000.00** |
| **Sander Development**<br>**c/o Century Development Company**<br>**10689 North Pennsylvania St., Ste. 100**<br>**Indianapolis, IN 46280** | **Sander Development**<br>**c/o Century Development Company**<br>**10689 North Pennsylvania St., Ste. 100**<br>**Indianapolis, IN 46280** | **Lease of Store #353, 3459-3463 W. 86th St., Indianapolis, IN 46268** | | **6,596.00** |
| **TEG Pizza Partners of Indiana, L.P.**<br>**c/o Linda S. LaRue, for M. Segner**<br>**2001 Bryan Street, Suite 2800**<br>**Dallas, TX 75201** | **TEG Pizza Partners of Indiana, L.P.**<br>**c/o Linda S. LaRue, for M. Segner**<br>**2001 Bryan Street, Suite 2800**<br>**Dallas, TX 75201** | **Indiana Sales Tax assumed in conjunction with acquisition of Assets** | **Contingent Unliquidated Disputed** | **422,000.00**<br><br>**(Unknown secured)** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re      **M&M Pizza of Ohio Corp. Inc.**                                      Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Washington Corner LP c/o Broadbent Co., Attn: Linda Warmoth 117 E. Washington St., Ste. 300 Indianapolis, IN 46201-3614** | **Washington Corner LP c/o Broadbent Co., Attn:  Linda Warmoth 117 E. Washington St., Ste. 300 Indianapolis, IN 46201-3614** | **Lease of Store 360, E. Washington, Indianapolis, IN** | | **6,414.00** |
| **Westpointe Plaza c/o Casto, Attn. Debbie Zink 191 West Nationwide Blvd. Columbus, OH 43215** | **Westpointe Plaza c/o Casto, Attn. Debbie Zink 191 West Nationwide Blvd. Columbus, OH 43215** | **Lease of Store #420, Hilliard, OH** | | **24,750.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  8, 2012**                              Signature  **/s/ Mel A. Coffland**
                                                                    **Mel A. Coffland**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Southern District of Ohio

In re      **M&M Pizza of Ohio Corp. Inc.** ,                      Case No. _____

                                        Debtor

                                                       Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mel A. Coffland**<br>**6728 Park Mill Drive**<br>**Dublin, OH 43016** | | **70%** | |
| **Michael J. Migliori**<br>**4014 Pioneer Court**<br>**Powell, OH 43065** | | **30%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October  8, 2012** _____        Signature **/s/ Mel A. Coffland** _____

                                                       **Mel A. Coffland**
                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

AdvanceMe, Inc.
C/o Stephanie Villasenor
2015 Vaughn Road, Bldg. 500
Kennesaw, GA 30144

Advantage Water Conditioning
5348 Victory Drive, Suite B
Indianapolis, IN 46203

American Electric Power
Legal Dept.
1 Riverside Plaza
Columbus, OH 43215

American Fire Services
PO Box 634
New Albany, OH 43054

AT&T
208 S. Akard Street
Dallas, TX 75202

Bartholomew County Treasurer
440 Third Street
Columbus, IN 47201

Casto
191 West Nationwide Boulevard
Suite 200
Columbus, OH 43215

Century Development Company
c/o Sander Development
10689 North Pennsylvania St., Ste. 100
Indianapolis, IN 46280

CiCi Enterprises, LP
c/o Forbes Anderson
1080 W. Bethel Road
Coppell, TX 75019

Citizens Gas
2020 N. Meridan Street
Indianapolis, IN 46207-7056

Citizens Water
1220 Waterway Blvd.
Indianapolis, IN 46206-0110

City of Columbus
Income Tax Division
50 West Gay Street, 4th Floor
Columbus, OH 43215

City of Dublin
Attn:  Finance Dept.
5200 Emerald Parkway
Dublin, OH 43017

City of Gahanna
200 South Hamilton Road
Columbus, OH 43230

City of Westerville
64 East Walnut Street
Westerville, OH 43081

Colliers International
8800 Lyria Drive, #150
Columbus, OH 43240

Colliers International
8800 Lyra Drive, Suite 150
Columbus, OH 43240

Columbia Gas
170 Civic Center Dr.
Columbus, OH 43215

Commercial Parts Service
5033 Transamerica Drive
Columbus, OH 43228

Dublin Oaks Limited
c/o Casto Attn: Debbie Zink
191 West Nationwide Blvd.
Columbus, OH 43215

Erik Weiting HSU
Winstead PC
1201 Elm Street, 5400 Renaissance Tower
Dallas, TX 75270

Felbram Plaza North LLC
c/o Winbrook Management
370 Seventh Ave., Suite 1600
New York, NY 10001

IN Family & Social Services Admin.
402 W. Washington St.
Indianapolis, IN 46207-7083

Indiana Dept. of Revenue
Indiana Government Center North
100 North Senate Avenue
Indianapolis, IN 46204

Indianapolis Power & Light
2102 N. Illinois Street
Indianapolis, IN 46202-1330

Insight
3770 E. Livingston
Columbus, OH 43227-2280

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JMC Restaurant Distribution, L.P.
c/o Jeff Moran
1080 Bethel Road
Coppell, TX 75210

Jones Cochenour
4010 Main Street
Hilliard, OH 43026-1423

Marion County Treasurer's Office
200 E. Washington St., Suite 101
Indianapolis, IN 46204

Monitronics
12801 N. Stemmons Fwy
Dallas, TX 75234

Morse & Hamilton Limited Partnership
c/o Casto, Attn: Debbie Zink
191 West Nationwide Bvld.
Columbus, OH 43215

Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708

Northridge Crossing LLP
c/o Casto, Attn: Debbie Zink
191 West Nationwide Blvd.
Columbus, OH 43215

Ohio Atty General, Collec. Enforcement
Attn: Lucas Ward
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Atty General, Collec. Enforcement
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn. Law Section Bankruptcy Unit
P.O. Box 15667
Columbus, OH 43215

Ohio Casualty
c/o Chris Hauser
4009 Erie Court
Cincinnati, OH 45227

Ohio Department of Job and Family Serv.
30 East Broad Street, 31st Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Pizza Partners of Ohio, Ltd.
c/o Linda S. LaRue, for M. Segner
2001 Bryan Street, Suite 2800
Dallas, TX 75201

Ray's Trash
Drawer 1
Clayton, IN 46118

Ray's Trash
Drawer 1
Clayton, IN

Reliable Water Service
PO Box 270470
Milwaukee, WI 53227

Sander Development
c/o Century Development Company
10689 North Pennsylvania St., Ste. 100
Indianapolis, IN 46280

South Central Power
2780 Coonpath Road N.E.
Lancaster, OH 43130

Swisher Hygiene
9155 Marshall Road
Cranberry Twp, PA 16066

TEG Pizza Partners of Indiana, L.P.
c/o Linda S. LaRue, for M. Segner
2001 Bryan Street, Suite 2800
Dallas, TX 75201

```
Time Warner
1015 Olentangy Road
Columbus, OH 43212

Trade and Industrial Supply
40 Doughty Road
Lawrenceburg, IN 47025-2939

Washington Corner LP
c/o Broadbent Co., Attn:  Linda Warmoth
117 E. Washington St., Ste. 300
Indianapolis, IN 46201-3614

Westpointe Plaza
c/o Casto, Attn. Debbie Zink
191 West Nationwide Blvd.
Columbus, OH 43215

Wiles Boyle Burkholder & Bringardner Co.
c/o Kerry Boyle
300 Spruce Street, Floor One
Columbus, OH 43215

Worker's Comp. Board of Indiana
402 West Washington St., Room W-196
Indianapolis, IN 46204
```