B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **M&M Pizza of Ohio Corp. Inc.**                                        ,    Case No.    **2:12-bk-58714**

Debtor

Chapter                                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 202,967.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 676,271.72 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 243,076.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 411,033.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | Total Assets | | 202,967.00 | | |
| | | Total Liabilities | | 1,330,381.29 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Ohio

In re    **M&M Pizza of Ohio Corp. Inc.**                                    ,    Case No.    **2:12-bk-58714**
                                    Debtor

                                                                              Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **M&M Pizza of Ohio Corp. Inc.**                                          Case No.    **2:12-bk-58714**
_____ ,
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lease of Office, 7003 Post Road, Suite 200A, Dublin, OH  43016 (Office Space)** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #546 Lease, 7048 Hospital Drive, Dublin, OH 43016** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #635, 3650 S. E. Street, Indianapolis, IN** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #438, 1338 Stoneridge Plaza Drive, Gahanna, OH** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #462, 714 N. State Street, Westerville, OH** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #360, 9982 E. Washington, Indianapolis, IN** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #420, 5432 Westpointe Plaza Drive, Hilliard, OH** | **Leasehold Interest** | - | 0.00 | 0.00 |
| **Store #353, W. 86th Street, Indianapolis, IN** | **Leasehold Interest** | - | 0.00 | 0.00 |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **M&M Pizza of Ohio Corp. Inc.**                                              Case No.    **2:12-bk-58714**
_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 7,300.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase checking account, ending 2054** | - | 52,436.00 |
| | | | **JPMorgan Chase savings account, ending 8939** | - | 1.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits with various utility companies (see Utility Motion [Doc. No. 8])** | - | 20,230.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **79,967.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                    Case No.    **2:12-bk-58714**
_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Credit card receipts - estimated (10/7/12 and pre-petition 10/8/12)** | - | 7,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **7,500.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                          ,    Case No.   __2:12-bk-58714__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Seven (7) Franchise Agreements with CiCi Enterprises, LP** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **For seven stores, tables, chairs, buffets, kitchen equipment including ovens, mixers, and walk-in coolers, audio, video and computer equipment,(estimated liquidation value of $15,000 per store); see attached** | - | **105,000.00** |
| 30. Inventory. | | **Food ingredients and supplies (estimated liquidation value of approximately $1,500 per store for seven (7) stores)** | - | **10,500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **115,500.00** |
| Total > | **202,967.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

## List of M&M Assets

- 350 Tables
- 1400 Chairs
- 15 TV's
- 4200 Plates
- Silverware, Forks, knives, spoons and soup spoons
- 14 Point of Sale systems
- 2000 Drink Cups
- 7 Printer/Fax machines
- 4 Salad Bar stand up coolers
- 4 Drop in salad bars
- 3 Salad bars with coolers under
- 7 Make Table coolers
- 15 Pizza Ovens
- 21 Stainless Steel tables
- 7 Dough Presses
- 17 Back up warmers
- 7 Ice Machines
- 7 Dough Mixers
- 7 Three Compartment sinks
- 7 Pasta cookers
- 7 Hot water tanks
- 7 Walk-in coolers
- 49 food storage racks
- 28 speed loading racks
- 850 pizza pans
- 700 pizza screens
- 28 pizza cutters
- Misc. ladles
- 7 prep knives
- 7 bus carts
- 56 large trash cans
- 14 small trash cans
- 500 full size sheet pans

- 300 half size sheet pans
- 160 bus tubs
- Misc. food storage pans

B6D (Official Form 6D) (12/07)

In re   **M&M Pizza of Ohio Corp. Inc.**                                          Case No.   **2:12-bk-58714**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Future Receivables Purchase and Sales Agreement** | | | | | |
| **AdvanceMe, Inc.** **C/o Stephanie Villasenor** **2015 Vaughn Road, Bldg. 500** **Kennesaw, GA 30144** | - | | | | X | X | X | | |
| | | | | Value $           **Unknown** | | | | **228,488.00** | **228,488.00** |
| Account No. | | | | **PMSI in inventory** | | | | | |
| **JMC Restaurant Distribution, L.P.** **c/o Jeff Moran** **1080 Bethel Road** **Coppell, TX 75210** | - | | | | | | | | |
| | | | | Value $           **Unknown** | | | | **19,046.72** | **Unknown** |
| Account No. | | | | **Representing:** **JMC Restaurant Distribution, L.P.** | | | | | |
| **Erik Weiting HSU** **Winstead PC** **1201 Elm Street, 5400 Renaissance Tower** **Dallas, TX 75270** | | | | | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | **Two Notices of Lien filed with Franklin County, Ohio Recorder related to unemployment tax** | | | | | |
| **Ohio Department of Job and Family Serv.** **30 East Broad Street, 31st Floor** **Columbus, OH 43215** | - | | | | X | X | X | | |
| | | | | Value $           **Unknown** | | | | **6,737.00** | **6,737.00** |
| __1__   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 254,271.72 | 235,225.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.** _____,    Case No.    **2:12-bk-58714** _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Ohio Atty General, Collec. Enforcement Attn: Bankruptcy Unit 150 East Gay Street, 21st Floor Columbus, OH 43215** | | | **Representing: Ohio Department of Job and Family Serv.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Indiana Sales Tax subject of acquisition of Assets | | | | | |
| **TEG Pizza Partners of Indiana, L.P. c/o Linda S. LaRue, for M. Segner 2001 Bryan Street, Suite 2800 Dallas, TX 75201** | - | | | X | X | X | | |
| | | | Value $    **Unknown** | | | | **422,000.00** | **422,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **422,000.00** | **422,000.00** |
| Total (Report on Summary of Schedules) | **676,271.72** | **657,225.00** |

B6E (Official Form 6E) (4/10)

.

In re    **M&M Pizza of Ohio Corp. Inc.** ,                    Case No.    **2:12-bk-58714**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **M&M Pizza of Ohio Corp. Inc.** _____ ,    Case No.   **2:12-bk-58714** _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | Various timeframes | | | | | | |
| **Bartholomew County Treasurer** **440 Third Street** **Columbus, IN 47201** | - | | | Payroll taxes | | X | | Unknown | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| **Account No.** | | | | Various timeframes | | | | | | |
| **City of Columbus** **Income Tax Division** **50 West Gay Street, 4th Floor** **Columbus, OH 43215** | - | | | Payroll taxes | | X | | Unknown | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| **Account No.** | | | | Various timeframes | | | | | | |
| **City of Dublin** **Attn: Finance Dept.** **5200 Emerald Parkway** **Dublin, OH 43017** | - | | | Payroll taxes | | X | | Unknown | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| **Account No.** | | | | Various timeframes | | | | | | |
| **City of Gahanna** **200 South Hamilton Road** **Columbus, OH 43230** | - | | | Payroll taxes | | X | | Unknown | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| **Account No.** | | | | Various timeframes | | | | | | |
| **City of Westerville** **64 East Walnut Street** **Westerville, OH 43081** | - | | | Payroll taxes | | X | | Unknown | Unknown | |
| | | | | | | | | Unknown | | Unknown |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                          , Case No.    **2:12-bk-58714**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Notice purposes only | | | | | | |
| IN Family & Social Services Admin. 402 W. Washington St. Indianapolis, IN 46207-7083 | - | | | | | X | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Indiana Sales tax, January - September, 2012 | | | | | | |
| Indiana Dept. of Revenue Indiana Government Center North 100 North Senate Avenue Indianapolis, IN 46204 | - | | | | | | | | 0.00 | |
| | | | | | | | | 137,143.00 | | 137,143.00 |
| Account No. | | | | Notice purposes only | | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Payroll Taxes | | | | | | |
| Marion County Treasurer's Office 200 E. Washington St., Suite 101 Indianapolis, IN 46204 | - | | | | | X | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | | | Notice purposes only | | | | | | |
| Ohio Bureau of Workers' Compensation Attn. Law Section Bankruptcy Unit P.O. Box 15667 Columbus, OH 43215 | - | | | | | X | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |

Sheet  __2__  of  __3__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 137,143.00 | 137,143.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **M&M Pizza of Ohio Corp. Inc.**                                        ,        Case No.   __2:12-bk-58714__
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Ohio Atty General, Collec. Enforcement Attn:  Bankruptcy Unit 150 East Gay Street, 21st Floor Columbus, OH 43215** | | | **Representing: Ohio Bureau of Workers' Compensation** | | | | **Notice Only** | |
| Account No. <br> **Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216-0530** | | - | **Ohio Sales Tax, January, 2012 and May through September, 2012** | | | | **97,933.00** | **0.00** <br> **97,933.00** |
| Account No. <br> **Ohio Atty General, Collec. Enforcement Attn:  Lucas Ward 150 East Gay Street, 21st Floor Columbus, OH 43215** | | | **Representing: Ohio Department of Taxation** | | | | **Notice Only** | |
| Account No. <br> **Ohio Department of Taxation Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216-0530** | | - | **CAT Tax** | X | X | | **8,000.00** | **0.00** <br> **8,000.00** |
| Account No. <br> **Worker's Comp. Board of Indiana 402 West Washington St., Room W-196 Indianapolis, IN 46204** | | - | **Notice purposes only** | | X | | **Unknown** | **Unknown** <br> **Unknown** |

| | | |
|---|---|---|
| Sheet _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** <br> **105,933.00** / **105,933.00** |
| | Total (Report on Summary of Schedules) | **0.00** <br> **243,076.00** / **243,076.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __M&M Pizza of Ohio Corp. Inc.__ ,                     Case No. __2:12-bk-58714__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Advantage Water Conditioning**<br>**5348 Victory Drive, Suite B**<br>**Indianapolis, IN 46203** | - | | **Business Debt, water filtration** | | X | | 300.00 |
| Account No. **xxx-xxx-x70-4-7**<br><br>**American Electric Power**<br>**Legal Dept.**<br>**1 Riverside Plaza**<br>**Columbus, OH 43215** | - | | **Store #420 Business Debt** | | | | 2,758.05 |
| Account No. **xxx-xxx-x11-6-5**<br><br>**American Electric Power**<br>**Legal Dept.**<br>**1 Riverside Plaza**<br>**Columbus, OH 43215** | - | | **Store #438 Business Debt** | | | | 2,380.00 |
| Account No. **xxx-xxx-x92-3-5**<br><br>**American Electric Power**<br>**Legal Dept.**<br>**1 Riverside Plaza**<br>**Columbus, OH 43215** | - | | **Store #546 Business Debt** | | | | Unknown |

__10__  continuation sheets attached

Subtotal
(Total of this page)      5,438.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **M&M Pizza of Ohio Corp. Inc.**                                    Case No.  **2:12-bk-58714**
                                                          ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Fire Services** <br> **PO Box 634** <br> **New Albany, OH 43054** | - | | | **Business Debt** | | | | <br><br><br><br> **50.00** |
| Account No. **xxx xxx-xxxx 005 5** <br><br> **AT&T** <br> **208 S. Akard Street** <br> **Dallas, TX 75202** | - | | | **Store #355 Business Debt** | | | | <br><br><br><br> **515.00** |
| Account No. **xxx xxx-xxxx 881 8** <br><br> **AT&T** <br> **208 S. Akard Street** <br> **Dallas, TX 75202** | - | | | **Store #360 Business Debt** | | | | <br><br><br><br> **Unknown** |
| Account No. **xxx xxx-xxxx 075 2** <br><br> **AT&T** <br> **208 S. Akard Street** <br> **Dallas, TX 75202** | - | | | **Store #635 Business Debt** | | | | <br><br><br><br> **Unknown** |
| Account No. <br><br> **Casto** <br> **191 West Nationwide Boulevard** <br> **Suite 200** <br> **Columbus, OH 43215** | - | | | **amounts owed for water and insurance reimbursables for Columbus stores** | | | | <br><br><br><br> **2,866.00** |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,431.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **M&M Pizza of Ohio Corp. Inc.**                                          Case No.  __2:12-bk-58714__
                                                                        ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CiCi Enterprises, LP<br>c/o Forbes Anderson<br>1080 W. Bethel Road<br>Coppell, TX 75019 | - | | Business Debt, any damages under breached franchise agreement (Pickerington location); royalties and marketing | | | | Unknown |
| Account No. xxxxxx-xx6038<br><br>Citizens Gas<br>2020 N. Meridan Street<br>Indianapolis, IN 46207-7056 | - | | Store #355 Business Debt | | | | 8.61 |
| Account No. xxxxxx-xx1513<br><br>Citizens Gas<br>2020 N. Meridan Street<br>Indianapolis, IN 46207-7056 | - | | Store #360 Business Debt | | | | Unknown |
| Account No. xxxxxx-xx5746<br><br>Citizens Gas<br>2020 N. Meridan Street<br>Indianapolis, IN 46207-7056 | - | | Store #635 Business Debt | | | | Unknown |
| Account No. xxxxx7315<br><br>Citizens Water<br>1220 Waterway Blvd.<br>Indianapolis, IN 46206-0110 | - | | Store #355 Business Debt | | | | 91.71 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                              100.32
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **M&M Pizza of Ohio Corp. Inc.**                                    ,    Case No.   **2:12-bk-58714**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7315**<br><br>**Citizens Water**<br>**1220 Waterway Blvd.**<br>**Indianapolis, IN 46206-0110** | | - | | **Store #360 Business Debt** | | | | 360.13 |
| Account No. **xxxxx8175**<br><br>**Citizens Water**<br>**1220 Waterway Blvd.**<br>**Indianapolis, IN 46206-0110** | | - | | **Store #635 Business Debt** | | | | 21.55 |
| Account No. **xxxxx-x2244**<br><br>**City of Westerville**<br>**64 East Walnut Street**<br>**Westerville, OH 43081** | | - | | **Store #462 Business Debt, electric company** | | | | 5,235.66 |
| Account No.<br><br>**Colliers International**<br>**8800 Lyria Drive, #150**<br>**Columbus, OH 43240** | | - | | **Business Debt, lease office space, 7003 Post Road, Dublin, Ohio** | | | | 250.00 |
| Account No. **xxxxxxx xxx 000 9**<br><br>**Columbia Gas**<br>**170 Civic Center Dr.**<br>**Columbus, OH 43215** | | - | | **Store #420 Business Debt** | | | | Unknown |

Sheet no. **3** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,867.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **M&M Pizza of Ohio Corp. Inc.**                                              , Case No.   **2:12-bk-58714**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx xxx 000 7**<br><br>Columbia Gas<br>170 Civic Center Dr.<br>Columbus, OH 43215 | | - | | Store #438 Business Debt | | | | **Unknown** |
| Account No. **xxxxxxxx xxx 000 2**<br><br>Columbia Gas<br>170 Civic Center Dr.<br>Columbus, OH 43215 | | - | | Store #478 Business Debt | | | | **Unknown** |
| Account No. **xxxxxxxx xxx 000 9**<br><br>Columbia Gas<br>170 Civic Center Dr.<br>Columbus, OH 43215 | | - | | Store #462 Business Debt | | | | **Unknown** |
| Account No. **xxxxxxxx xxx 000 4**<br><br>Columbia Gas<br>170 Civic Center Dr.<br>Columbus, OH 43215 | | - | | Store #546 Business Debt | | | | **Unknown** |
| Account No.<br><br>Commercial Parts Service<br>5033 Transamerica Drive<br>Columbus, OH 43228 | | - | | Business Debt | | | | **Unknown** |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                                        Case No.    **2:12-bk-58714**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Dublin Oaks Limited<br>c/o Casto Attn: Debbie Zink<br>191 West Nationwide Blvd.<br>Columbus, OH 43215** | - | | | | **Lease of Store #546, 7048 Hospital Drive, Dublin, Ohio 43016** | | | | 24,796.00 |
| Account No.<br><br>**Felbram Plaza North LLC<br>c/o Winbrook Management<br>370 Seventh Ave., Suite 1600<br>New York, NY 10001** | - | | | | **Target, Lease of Store #635, 3650 S.E. Street, Indianapolis, IN** | | | | 17,961.00 |
| Account No. **xxx3968**<br><br>**Indianapolis Power & Light<br>2102 N. Illinois Street<br>Indianapolis, IN 46202-1330** | - | | | | **Store #355 Business Debt** | | | | 2,129.77 |
| Account No. **xxx3973**<br><br>**Indianapolis Power & Light<br>2102 N. Illinois Street<br>Indianapolis, IN 46202-1330** | - | | | | **Store #360 Business Debt** | | | | 1,975.90 |
| Account No. **xxx3975**<br><br>**Indianapolis Power & Light<br>2102 N. Illinois Street<br>Indianapolis, IN 46202-1330** | - | | | | **Store #635 Business Debt** | | | | 1,724.53 |

Sheet no. **5** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,587.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                              ,    Case No.    **2:12-bk-58714**
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx16-01**<br><br>**Insight**<br>**3770 E. Livingston**<br>**Columbus, OH 43227-2280** | - | | Store #478 Business Debt | | | | **Unknown** |
| Account No.<br><br>**Jones Cochenour**<br>**4010 Main Street**<br>**Hilliard, OH 43026-1423** | - | | Business Debt | | | | **2,100.00** |
| Account No.<br><br>**Monitronics**<br>**12801 N. Stemmons Fwy**<br>**Dallas, TX 75234** | - | | Business Debt, security and alarms | | | | **1,509.00** |
| Account No.<br><br>**Morse & Hamilton Limited Partnership**<br>**c/o Casto, Attn: Debbie Zink**<br>**191 West Nationwide Bvld.**<br>**Columbus, OH 43215** | - | | Lease of Store #438, Gahanna | | | | **22,872.00** |
| Account No.<br><br>**Muzak**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC 29708** | - | | Store #635 Business Debt, cable, music | | | | **127.83** |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **26,608.83**

B6F (Official Form 6F) (12/07) - Cont.

In re      **M&M Pizza of Ohio Corp. Inc.**                                                              ,      Case No.      **2:12-bk-58714**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Northridge Crossing LLP<br>c/o Casto, Attn:  Debbie Zink<br>191 West Nationwide Blvd.<br>Columbus, OH 43215** | - | | | | **Lease of Store #462, Westerville, Ohio** | | | | 27,222.00 |
| Account No.<br><br>**Ohio Casualty<br>c/o Chris Hauser<br>4009 Erie Court<br>Cincinnati, OH 45227** | - | | | | **Business Debt, property and casualty insurance** | | | | 5,520.00 |
| Account No.<br><br>**Pizza Partners of Ohio, Ltd.<br>c/o Linda S. LaRue, for M. Segner<br>2001 Bryan Street, Suite 2800<br>Dallas, TX 75201** | - | | | | **Business Debt; Promissory Note, $125,000; Old Ohio Sales Tax, $122,000** | X | X | X | 247,000.00 |
| Account No. **x1976**<br><br>**Ray's Trash<br>Drawer 1<br>Clayton, IN 46118** | - | | | | **Store #355 Business Debt** | | | | 128.00 |
| Account No. **x8204**<br><br>**Ray's Trash<br>Drawer 1<br>Clayton, IN** | - | | | | **Store #360 Business Debt** | | | | 166.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

280,036.00

B6F (Official Form 6F) (12/07) - Cont.

In re __M&M Pizza of Ohio Corp. Inc._____,    Case No. ___2:12-bk-58714_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xx8014** | | | | | **Store #635 Business Debt** | | | | |
| **Ray's Trash**<br>**Drawer 1**<br>**Clayton, IN** | | - | | | | | | | |
| | | | | | | | | | **171.00** |
| Account No. | | | | | **Business Debt; hot water heater, monthly** | | | | |
| **Reliable Water Service**<br>**PO Box 270470**<br>**Milwaukee, WI 53227** | | - | | | | | | | |
| | | | | | | | | | **233.83** |
| Account No. | | | | | **Lease of Store #353, 3459-3463 W. 86th St., Indianapolis, IN  46268** | | | | |
| **Sander Development**<br>**c/o Century Development Company**<br>**10689 North Pennsylvania St., Ste. 100**<br>**Indianapolis, IN 46280** | | - | | | | | | | |
| | | | | | | | | | **6,596.00** |
| Account No. **xx-xxx-xxx-xxx-003-4** | | | | | **Store #478 Business Debt** | | | | |
| **South Central Power**<br>**2780 Coonpath Road N.E.**<br>**Lancaster, OH 43130** | | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **xxxxx-xxxxxxxxx-1001** | | | | | **Store #420 Business Debt** | | | | |
| **Time Warner**<br>**1015 Olentangy Road**<br>**Columbus, OH 43212** | | - | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __8___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,000.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **M&M Pizza of Ohio Corp. Inc.** _____,     Case No. __**2:12-bk-58714**_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | Store #438 Business Debt | | | | |
| Time Warner 1015 Olentangy Road Columbus, OH 43212 | | | | | | | | **Unknown** |
| Account No. **xxxxx xxxxxxxxx 4001** | - | | | Store #462 Business Debt | | | | |
| Time Warner 1015 Olentangy Road Columbus, OH 43212 | | | | | | | | **Unknown** |
| Account No. **xxxxx-xxxxxxxxx-9001** | - | | | Store #546 Business Debt | | | | |
| Time Warner 1015 Olentangy Road Columbus, OH 43212 | | | | | | | | **Unknown** |
| Account No. | - | | | Business Debt | | | | |
| Trade and Industrial Supply 40 Doughty Road Lawrenceburg, IN 47025-2939 | | | | | | | | **1,600.00** |
| Account No. | - | | | Lease of Store 360, E. Washington, Indianapolis, IN | | | | |
| Washington Corner LP c/o Broadbent Co., Attn: Linda Warmoth 117 E. Washington St., Ste. 300 Indianapolis, IN 46201-3614 | | | | | | | | **6,414.00** |

Sheet no. _**9**___ of _**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **8,014.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **M&M Pizza of Ohio Corp. Inc.**                                                ,    Case No.    **2:12-bk-58714**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Lease of Store #420, Hilliard, OH** | | | | |
| **Westpointe Plaza c/o Casto, Attn. Debbie Zink 191 West Nationwide Blvd. Columbus, OH 43215** | | - | | | | | 24,750.00 |
| Account No. | | | **Business Debt, legal fees** | | | | |
| **Wiles Boyle Burkholder & Bringardner Co. c/o Kerry Boyle 300 Spruce Street, Floor One Columbus, OH 43215** | | - | | | | | 1,200.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 25,950.00 |
| Total (Report on Summary of Schedules) | | 411,033.57 |

B6G (Official Form 6G) (12/07)

In re   **M&M Pizza of Ohio Corp. Inc.**                                     ,        Case No.   **2:12-bk-58714**
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Century Development Company<br>c/o Sander Development<br>10689 North Pennsylvania St., Ste. 100<br>Indianapolis, IN 46280 | Lease of Store #353, W. 86th St., Indianapolis, IN |
| CiCi Enterprises, LP<br>c/o Forbes Anderson<br>1080 W. Bethel Road<br>Coppell, TX 75019 | Seven (7) Franchise Agreements |
| Colliers International<br>8800 Lyra Drive, Suite 150<br>Columbus, OH 43240 | Lease of office space, 7003 Post Road, Dublin, Ohio |
| Dublin Oaks Limited<br>c/o Casto Attn: Debbie Zink<br>191 West Nationwide Blvd.<br>Columbus, OH 43215 | Lease of Store #546, 7048 Hospital Drive, Dublin, Ohio 43016 |
| Felbram Plaza North LLC<br>c/o Winbrook Management<br>370 Seventh Ave., Suite 1600<br>New York, NY 10001 | Target, Lease of Store #635, 3650 S.E. Street, Indianapolis, IN |
| Morse & Hamilton Limited Partnership<br>c/o Casto, Attn: Debbie Zink<br>191 West Nationwide Bvld.<br>Columbus, OH 43215 | Lease of Store #438, Gahanna, OH |
| Northridge Crossing LLP<br>c/o Casto, Attn:  Debbie Zink<br>191 West Nationwide Blvd.<br>Columbus, OH 43215 | Lease of Store #462, Westerville, OH |
| Swisher Hygiene<br>9155 Marshall Road<br>Cranberry Twp, PA 16066 | Linens - Service Contract |
| Washington Corner LP<br>c/o Broadbent Co., Attn:  Linda Warmoth<br>117 E. Washington St., Ste. 300<br>Indianapolis, IN 46201-3614 | Lease of Store #360, E. Washington, Indianapolis, IN |
| Westpointe Plaza<br>c/o Casto, Attn. Debbie Zink<br>191 West Nationwide Blvd.<br>Columbus, OH 43215 | Lease of Store #420, Hilliard, OH |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __M&M Pizza of Ohio Corp. Inc._____,    Case No. __2:12-bk-58714_____
                              Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mel and PJ Coffland**<br>**Dublin, OH 43016** | **AdvanceMe, Inc.**<br>**2015 Vaughn Road, Bldg. 500**<br>**Kennesaw, GA 30144** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **M&M Pizza of Ohio Corp. Inc.**                                      Case No.   **2:12-bk-58714**

                                            Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 1, 2012**                        Signature   **/s/ Mel A. Coffland**
                                                          **Mel A. Coffland**
                                                          **President**

  *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **M&M Pizza of Ohio Corp. Inc.**                                      Case No.   **2:12-bk-58714**
                                            Debtor(s)                          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,196,866.00** | **2012 YTD gross income (1/1/12 to 9/30/12)** |
| **$5,769,529.00** | **2011 gross income** |
| **$3,199,950.00** | **2010 (7/1/10 to 12/31/10)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■   ***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □       b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **JMC Restaurant Distribution, L.P.**<br>**c/o Jeff Moran**<br>**1080 Bethel Road**<br>**Coppell, TX 75210** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **CiCi Enterprises, LP**<br>**c/o Forbes Anderson**<br>**1080 W. Bethel Road**<br>**Coppell, TX 75019** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Sanfillipo Product Co.**<br>**4561 East Fifth Avenue, Units 3 and 4**<br>**Columbus, OH 43219** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **US Foods, Inc.**<br>**9399 West Higgins Road, Suite 500**<br>**Des Plaines, IL 60018** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Various Utilities** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Century Development Company**<br>**c/o Sander Development**<br>**10689 North Pennsylvania St., Ste. 100**<br>**Indianapolis, IN 46280** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Dublin Oaks Limited**<br>**c/o Casto Attn: Debbie Zink**<br>**191 West Nationwide Blvd.**<br>**Columbus, OH 43215** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Felbram Plaza North LLC**<br>**c/o Winbrook Management**<br>**370 Seventh Ave., Suite 1600**<br>**New York, NY 10001** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Morse & Hamilton Limited Partnership**<br>**c/o Casto, Attn: Debbie Zink**<br>**191 West Nationwide Bvld.**<br>**Columbus, OH 43215** | **Various, will amend with amount** | **$0.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Northridge Crossing LLP**<br>**c/o Casto, Attn:  Debbie Zink**<br>**191 West Nationwide Blvd.**<br>**Columbus, OH 43215** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Swisher Hygiene**<br>**9155 Marshall Road**<br>**Cranberry Twp, PA 16066** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Washington Corner LP**<br>**c/o Broadbent Co., Attn:  Linda Warmoth**<br>**117 E. Washington St., Ste. 300**<br>**Indianapolis, IN 46201-3614** | **Various, will amend with amount** | **$0.00** | **$0.00** |
| **Westpointe Plaza**<br>**c/o Casto, Attn. Debbie Zink**<br>**191 West Nationwide Blvd.**<br>**Columbus, OH 43215** | **Various, will amend with amount** | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mel Coffland**<br>**6728 Park Mill Drive**<br>**Dublin, OH 43016** | **Various (amount paid plus car and phone allowances, 9 months of medical/dental)** | **$125,000.00** | **$0.00** |
| **Mike Migliori**<br>**4014 Pioneer Court**<br>**Powell, OH 43065** | **Various (amount paid plus car and phone allowances, 9 months of medical/dental)** | **$100,000.00** | **$0.00** |
| **PJ Coffland**<br>**6728 Park Mill Drive**<br>**Dublin, OH 43016** | **Various** | **$17,000.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **256 Center LLC v. M & M Pizza of Ohio Corp. Inc.**<br>**Case No. 2012 CV 746** | **Complaint for Forcible Entry and Detainer and for Money Damages and Exhibits** | **Fairfield County, Ohio Common Pleas Court** | **Stayed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Allen Kuehnle Stovall & Neuman LLP**<br>**17 South High Street**<br>**Suite 1220**<br>**Columbus, OH 43215** | **See, AKSN Retention Application [Doc. No. 12)** | **See, AKSN Retention Application [Doc. No. 12]** |

5

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Mel Coffland**<br>**6728 Park Mill Drive**<br>**Dublin, OH 43016** | **Various** |
| **Mike Migliori**<br>**4014 Pioneer Court**<br>**Powell, OH 43065** | **Various** |
| **Keith Lewis, CPA**<br>**Jones, Cadenour &Co**<br>**4010 Main Street**<br>**Hilliard, OH 43026** | **Various** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **CiCi Enterprises, LP**<br>**c/o Forbes Anderson**<br>**1080 W. Bethel Road**<br>**Coppell, TX 75019** | **Quarterly** |
| **Casto**<br>**c/o Nikki Fisher**<br>**191 W. Nationwide Blvd., Suite 200**<br>**Columbus, OH 43215** | **September, 2012** |

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Keith Lewis, CPA** | |
| **Jones, Cadenour & Co.** | |
| **4010 Main Street** | |
| **Hilliard, OH 43026** | |

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mel Coffland** | **President** | **70%** |
| **6728 Park Mill Drive** | | |
| **Dublin, OH 43016** | | |
| **Mike Migliori** | **Vice President** | **30%** |
| **4014 Pioneer Court** | | |
| **Powell, OH 43065** | | |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Response to Question 3C** | **Salary and benefits** | **See, Response to Question 3C** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 1, 2012**            Signature    **/s/ Mel A. Coffland**
                                                   **Mel A. Coffland**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Ohio

In re   **M&M Pizza of Ohio Corp. Inc.**             Case No.   **2:12-bk-58714**

                                       Debtor(s)             Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **Unknown** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☒ Other (specify):     Debtor, through a loan by Greg Sullivan, brother in law to Mel Coffland

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
         **See, ASKN Retention Application [Doc. No. 12]**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 1, 2012**                          **/s/ J. Matthew Fisher**
                                                    **J. Matthew Fisher 0067192**
                                                     **Allen Kuehnle Stovall & Neuman LLP**
                                                     **17 South High Street**
                                                     **Suite 1220**
                                                     **Columbus, OH 43215**
                                                     **(614) 221-8500  Fax: (614) 221-5988**