**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:12-BK-58714 |
| | § | |
| M AND M PIZZA OF OHIO CORP INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Susan L. Rhiel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $202,967.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $33,588.85 | | |

3) Total gross receipts of $33,588.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $33,588.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $676,271.72 | $463,895.11 | $41,895.11 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $22,102.05 | $22,102.05 | $22,102.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $731,663.23 | $731,663.23 | $11,486.80 |
| Priority Unsecured Claims (From **Exhibit 6**) | $243,076.00 | $545,783.90 | $524,391.44 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $411,033.57 | $4,341,561.42 | $3,635,321.42 | $0.00 |
| **Total Disbursements** | $1,330,381.29 | $6,105,005.71 | $4,955,373.25 | $33,588.85 |

4). This case was originally filed under chapter 11 on 10/08/2012. The case was converted to one under Chapter 7 on 05/30/2014. The case was pending for 9 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2015          By: /s/ Susan L. Rhiel
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Overpaid Unemployment Taxes | 1124-000 | $16,870.89 |
| Funds on Deposit At Conversion | 1290-010 | $16,717.96 |
| **TOTAL GROSS RECEIPTS** | | **$33,588.85** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | JMC Restaurant Distribution, LP | 4210-000 | $0.00 | $41,895.11 | $41,895.11 | $0.00 |
| 20 | Norman L Winton | 4210-000 | $0.00 | $422,000.00 | $0.00 | $0.00 |
| | AdvanceMe, Inc. | 4110-000 | $228,488.00 | $0.00 | $0.00 | $0.00 |
| | JMC Restaurant Distribution, L.P. | 4110-000 | $19,046.72 | $0.00 | $0.00 | $0.00 |
| | Ohio Department of Job and Family | 4110-000 | $6,737.00 | $0.00 | $0.00 | $0.00 |
| | TEG Pizza Partners of Indiana, L.P. | 4110-000 | $422,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$676,271.72** | **$463,895.11** | **$41,895.11** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Susan L. Rhiel, Trustee, Trustee | 2100-000 | NA | $4,108.89 | $4,108.89 | $4,108.89 |
| Susan L. Rhiel, Trustee, Trustee | 2200-000 | NA | $313.14 | $313.14 | $313.14 |
| Cadence Bank | 2600-000 | NA | $56.91 | $56.91 | $56.91 |
| Office of the United States Trustee | 2950-000 | NA | $9,765.45 | $9,765.45 | $9,765.45 |
| Rhiel & Associates Co., LPA, Attorney for Trustee | 3110-000 | NA | $7,835.50 | $7,835.50 | $7,835.50 |
| Rhiel & Associates Co., LPA, Attorney | 3120-000 | NA | $22.16 | $22.16 | $22.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | |
|---|---|
| for Trustee | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA $22,102.05 $22,102.05 $22,102.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cici Enterprises, LP, Admin. Rent (post-petition storage | 6920-000 | NA | $254,910.47 | $254,910.47 | $4,001.99 |
| JMC Restaurant Distribution, LP, Admin. Rent (post-petition storage | 6920-000 | NA | $42,929.44 | $42,929.44 | $673.97 |
| Ohio Department of Taxation, Admin. Rent (post-petition storage | 6920-000 | NA | $414,529.74 | $414,529.74 | $6,507.94 |
| Washington Corner LP, Admin. Rent (post-petition storage | 6920-000 | NA | $19,293.58 | $19,293.58 | $302.90 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $731,663.23 | $731,663.23 | $11,486.80 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ohio Department of Taxation | 5800-000 | $0.00 | $26,366.05 | $26,366.05 | $0.00 |
| 3 | Department Of The Treasury | 5800-000 | $0.00 | $1,008.64 | $1,008.64 | $0.00 |
| 7 | Ohio Bureau of Workers' Compensation | 5800-000 | $0.00 | $21,052.30 | $21,052.30 | $0.00 |
| 8 | Ohio Department of Taxation | 5800-000 | $0.00 | $262,898.31 | $262,898.31 | $0.00 |
| 17 | Ohio Department of Taxation | 5800-000 | $0.00 | $212,974.91 | $212,974.91 | $0.00 |
| 18 | JMSM Heating-Cooling-Cooking- | 5800-000 | $0.00 | $91.23 | $91.23 | $0.00 |
| 21 | Ohio Department of Taxation | 5800-000 | $0.00 | $21,392.46 | $0.00 | $0.00 |
| | Bartholomew County Treasurer | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Columbus | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Dublin | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Gahanna | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |

|  | Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
|  | City of Westerville | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | IN Family & Social Services Admin. | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Indiana Dept. of Revenue | 5800-000 | $137,143.00 | $0.00 | $0.00 | $0.00 |
|  | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ohio Bureau of Workers' | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ohio Department of Taxation | 5800-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
|  | Ohio Department of Taxation | 5800-000 | $97,933.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $243,076.00 | $545,783.90 | $524,391.44 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Columbia Gas of Ohio | 7100-000 | $0.00 | $1,374.13 | $1,374.13 | $0.00 |
| 2a | Ohio Department of Taxation | 7100-000 | $0.00 | $9,266.76 | $9,266.76 | $0.00 |
| 3a | Department Of The Treasury | 7100-000 | $0.00 | $1,986.98 | $1,986.98 | $0.00 |
| 4 | Indiana Department Of Revenue | 7100-000 | $0.00 | $599,119.90 | $599,119.90 | $0.00 |
| 5 | Jones Cochenour & Co | 7100-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |
| 6 | Reliable Water Services LLC | 7100-000 | $233.83 | $298.22 | $298.22 | $0.00 |
| 8a | Ohio Department of Taxation | 7100-000 | $0.00 | $192,440.82 | $192,440.82 | $0.00 |
| 9 | Indianapolis Power & Light Company | 7100-000 | $2,129.77 | $4,738.27 | $4,738.27 | $0.00 |
| 10 | Indiana Department Of State Revenue | 7100-000 | $0.00 | $66,400.94 | $66,400.94 | $0.00 |
| 11 | Indiana Department Of Revenue | 7100-000 | $0.00 | $175,333.03 | $175,333.03 | $0.00 |
| 12 | South Central Power Company | 7100-000 | $0.00 | $3,741.44 | $3,741.44 | $0.00 |
| 13 | Indiana Department Of Revenue | 7100-000 | $0.00 | $1,359,908.42 | $1,359,908.42 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | AdvanceMe, Inc. | 7100-000 | $0.00 | $228,121.59 | $228,121.59 | $0.00 |
| 15 | Cici Enterprises, LP | 7100-000 | $0.00 | $94,506.55 | $94,506.55 | $0.00 |
| 17a | Ohio Department of Taxation | 7100-000 | $0.00 | $143,680.23 | $143,680.23 | $0.00 |
| 18a | JMSM Heating-Cooling-Cooking- | 7100-000 | $0.00 | $1,626.76 | $1,626.76 | $0.00 |
| 19 | Washington Corner LP | 7100-000 | $6,414.00 | $97,174.47 | $97,174.47 | $0.00 |
| 20a | Norman L Winton | 7100-000 | $0.00 | $696,055.00 | $0.00 | $0.00 |
| 21a | Ohio Department of Taxation | 7100-000 | $0.00 | $10,185.00 | $0.00 | $0.00 |
| 23 | Reliable Water Services LLC | 7100-000 | $0.00 | $1,698.58 | $1,698.58 | $0.00 |
| 24 | City of Dublin - Taxation | 7100-000 | $0.00 | $520.63 | $520.63 | $0.00 |
| 25 | City of Westerville | 7100-000 | $0.00 | $1,766.50 | $1,766.50 | $0.00 |
| 27a | JMC Restaurant Distribution, LP | 7100-000 | $0.00 | $41,895.11 | $41,895.11 | $0.00 |
| 28a | Cici Enterprises, LP | 7100-000 | $0.00 | $94,506.55 | $94,506.55 | $0.00 |
| 29 | Felbram Plaza North LLC | 7100-000 | $17,961.00 | $17,961.00 | $17,961.00 | $0.00 |
| 30 | Westpointe Plaza, L.P. | 7100-000 | $24,750.00 | $26,175.23 | $26,175.23 | $0.00 |
| 31 | Stoneridge Plaza Shops, LLC | 7100-000 | $0.00 | $24,204.15 | $24,204.15 | $0.00 |
| 32 | Dublin Oaks Limited | 7100-000 | $24,796.00 | $129,311.24 | $129,311.24 | $0.00 |
| 33 | Northridge Crossing, L.P. | 7100-000 | $27,222.00 | $117,563.92 | $117,563.92 | $0.00 |
| 34 | Mel Coffland | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 |
| | Advantage Water Conditioning | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $2,380.00 | $0.00 | $0.00 | $0.00 |
| | American Electric Power | 7100-000 | $2,758.05 | $0.00 | $0.00 | $0.00 |
| | American Fire Services | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $515.00 | $0.00 | $0.00 | $0.00 |
| | Casto | 7100-000 | $2,866.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Citizens Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citizens Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citizens Gas | 7100-000 | $8.61 | $0.00 | $0.00 | $0.00 |
| Citizens Water | 7100-000 | $21.55 | $0.00 | $0.00 | $0.00 |
| Citizens Water | 7100-000 | $360.13 | $0.00 | $0.00 | $0.00 |
| Citizens Water | 7100-000 | $91.71 | $0.00 | $0.00 | $0.00 |
| City of Westerville | 7100-000 | $5,235.66 | $0.00 | $0.00 | $0.00 |
| Colliers International | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Columbia Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Indianapolis Power & Light | 7100-000 | $1,724.53 | $0.00 | $0.00 | $0.00 |
| Indianapolis Power & Light | 7100-000 | $1,975.90 | $0.00 | $0.00 | $0.00 |
| Insight | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Monitronics | 7100-000 | $1,509.00 | $0.00 | $0.00 | $0.00 |
| Morse & Hamilton Limited Partnership | 7100-000 | $22,872.00 | $0.00 | $0.00 | $0.00 |
| Muzak | 7100-000 | $127.83 | $0.00 | $0.00 | $0.00 |
| Ohio Casualty | 7100-000 | $5,520.00 | $0.00 | $0.00 | $0.00 |
| Pizza Partners of Ohio, Ltd. | 7100-000 | $247,000.00 | $0.00 | $0.00 | $0.00 |
| Ray's Trash | 7100-000 | $171.00 | $0.00 | $0.00 | $0.00 |
| Ray's Trash | 7100-000 | $166.00 | $0.00 | $0.00 | $0.00 |
| Ray's Trash | 7100-000 | $128.00 | $0.00 | $0.00 | $0.00 |
| Sander Development | 7100-000 | $6,596.00 | $0.00 | $0.00 | $0.00 |
| Time Warner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Time Warner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Time Warner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Time Warner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trade and Industrial Supply | 7100-000 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| Wiles Boyle Burkholder & Bringardner | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $411,033.57 | $4,341,561.42 | $3,635,321.42 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 12-58714-CKP | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | M AND M PIZZA OF OHIO CORP. INC, | Date Filed (f) or Converted (c): | 05/30/2014 (c) |
| For the Period Ending: | 5/28/2015 | §341(a) Meeting Date: | 07/15/2014 |
| | | Claims Bar Date: | 10/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Funds on Deposit At Conversion (u) | $0.00 | $16,717.96 | | $16,717.96 | FA |
| 2 | Overpaid Unemployment Taxes (u) | $0.00 | $16,870.89 | | $16,870.89 | FA |
| 3 | Lease of Office, 7003 Post Road, Suite 200A Dublin, OH 43016 (Office Space) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Store #546 Lease, 7048 Hospital Drive, Dublin OH 43016 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Store #635, 3650 S. E Street, Indianapolis, IN | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Store #438, 1338 Stoneridge Plaza Drive, Gahanna, OH | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Store #462, 714 N. State Street, Westerville, OH | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Store #360, 9982 E. Washington, Indianapolis, IN | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Store #420, 5432 Westpointe Plaza Drive, Hilliard, OH | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Store #353, W. 86th Street, Indianapolis, IN | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Petty Case | $7,300.00 | $0.00 | | $0.00 | FA |
| 12 | JPMorgan Chase checking account, ending 2054 | $52,436.00 | $0.00 | | $0.00 | FA |
| 13 | JPMorgan Chase savings account, ending 8939 | $1.00 | $0.00 | | $0.00 | FA |
| 14 | Deposits with various utility companies (see Utility Motion {Doc No 8} | $20,230.00 | $0.00 | | $0.00 | FA |
| 15 | Credit Card receipts - estimated (10/7/12 and pre-petition 10/8/12 | $7,500.00 | $0.00 | | $0.00 | FA |
| 16 | Seven (7) Franchise Agreements with CiCi Enterprises, LP | Unknown | $0.00 | | $0.00 | FA |
| 17 | For seven stores, tables, chairs, buffets, kitchen equipment I ncluding ovens, mixers and walk in equipment (estimated liquidation value of $15,000 per store ) | $105,000.00 | $0.00 | | $0.00 | FA |
| 18 | Food ingredients and supplies (estimated liquidation value of approximately $1,500 per store for seven (7) stores | $10,500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| **Case No.:** | 12-58714-CKP | **Trustee Name:** | Susan L. Rhiel |
|---|---|---|---|
| **Case Name:** | M AND M PIZZA OF OHIO CORP. INC, | **Date Filed (f) or Converted (c):** | 05/30/2014 (c) |
| **For the Period Ending:** | 5/28/2015 | **§341(a) Meeting Date:** | 07/15/2014 |
| | | **Claims Bar Date:** | 10/09/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**                                                                                                                           **Gross Value of Remaining Assets**

$202,967.00          $33,588.85                              $33,588.85                  $0.00

**Initial Projected Date Of Final Report (TFR):** 10/11/2014    **Current Projected Date Of Final Report (TFR):** 10/20/2014    /s/ SUSAN L. RHIEL

SUSAN L. RHIEL

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-58714-CKP | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | M AND M PIZZA OF OHIO CORP. INC. | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1069 | | Checking Acct #: | ******3143 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | M&M Pizza of Ohio Corp., Inc. |
| For Period Beginning: | 10/8/2012 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/28/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2014 | (1) | M&M Pizza of Ohio Corp., Inc. | This paycheck was returned for NSF | 1290-010 | $16,717.96 | | $16,717.96 |
| 07/30/2014 | (1) | M&M Pizza of Ohio Corp Inc. | Funds on Deposit at Conversion | 1290-010 | $16,717.96 | | $33,435.92 |
| 08/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $7.36 | $33,428.56 |
| 09/05/2014 | | Cadence Bank | Service Charge | 2600-000 | | $23.49 | $33,405.07 |
| 09/16/2014 | (1) | DEP REVERSE: M&M Pizza of Ohio Corp., Inc. | This paycheck was returned for NSF | 1290-010 | ($16,717.96) | | $16,687.11 |
| 10/03/2014 | | Cadence Bank | Service Charge | 2600-000 | | $26.06 | $16,661.05 |
| 10/21/2014 | (2) | Treasurer State of Ohio | Refund of Overpaid Unemployment Taxes | 1124-000 | $688.94 | | $17,349.99 |
| 10/21/2014 | (2) | Treasurer State of Ohio | Refund of overpaid unemployment taxes | 1124-000 | $16,181.95 | | $33,531.94 |
| 12/19/2014 | 5001 | Susan L. Rhiel, Trustee | Trustee Compensation | 2100-000 | | $4,108.89 | $29,423.05 |
| 12/19/2014 | 5002 | Susan L. Rhiel, Trustee | Trustee Expenses | 2200-000 | | $313.14 | $29,109.91 |
| 12/19/2014 | 5003 | Office of the United States Trustee | Final Account Number: ; Amount Allowed: 9,765.45; Claim #: 26; Amount Claimed: 9,765.45; Dividend: 29.12; Notes: (26-1) 11 U.S.C. 507(a)(2); | 2950-000 | | $9,765.45 | $19,344.46 |
| 12/19/2014 | 5004 | Rhiel & Associates Co., LPA | Final Account Number: ; Amount Allowed: 7,835.50; Claim #: ; Amount Claimed: 7,835.50; Dividend: 23.36; Notes: ; | 3110-000 | | $7,835.50 | $11,508.96 |
| 12/19/2014 | 5005 | Rhiel & Associates Co., LPA | Final Account Number: ; Amount Allowed: 22.16; Claim #: ; Amount Claimed: 22.16; Dividend: 0.06; Notes: ; | 3120-000 | | $22.16 | $11,486.80 |
| 12/19/2014 | 5006 | Ohio Department of Taxation | Final Account Number: ; Amount Allowed: 414,529.74; Claim #: 22; Amount Claimed: 414,529.74; Dividend: 19.40; Notes: (22-1) administrative poc for ohio taxes; | 6920-000 | | $6,507.94 | $4,978.86 |
| 12/19/2014 | 5007 | JMC Restaurant Distribution, LP | Final Account Number: ; Amount Allowed: 42,929.44; Claim #: 27; Amount Claimed: 42,929.44; Dividend: 2.00; Notes: (27-1) UCC Filing; | 6920-000 | | $673.97 | $4,304.89 |
| 12/19/2014 | 5008 | Cici Enterprises, LP | Final Account Number: ; Amount Allowed: 254,910.47; Claim #: 28; Amount Claimed: 254,910.47; Dividend: 11.93; Notes: (28-1) Breach of Franchise Agreements; | 6920-000 | | $4,001.99 | $302.90 |
| | | | **SUBTOTALS** | | $33,588.85 | $33,285.95 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-58714-CKP | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | M AND M PIZZA OF OHIO CORP. INC, | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1069 | | Checking Acct #: | ******3143 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | M&M Pizza of Ohio Corp., Inc. |
| For Period Beginning: | 10/8/2012 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/28/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2014 | 5009 | Washington Corner LP | Final Account Number: ; Amount Allowed: 19,293.58; Claim #: 19; Amount Claimed: 19,293.58; Dividend: 0.90; Notes: ; | 6920-000 | | $302.90 | $0.00 |
| | | | **TOTALS:** | | $33,588.85 | $33,588.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $33,588.85 | $33,588.85 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $33,588.85 | $33,588.85 | |

| For the period of 10/8/2012 to 5/28/2015 | | For the entire history of the account between 07/15/2014 to 5/28/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $33,588.85 | Total Compensable Receipts: | $33,588.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,588.85 | Total Comp/Non Comp Receipts: | $33,588.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $33,588.85 | Total Compensable Disbursements: | $33,588.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,588.85 | Total Comp/Non Comp Disbursements: | $33,588.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-58714-CKP | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | M AND M PIZZA OF OHIO CORP. INC, | | Bank Name: | Cadence Bank |
| Primary Taxpayer ID #: | **-***1069 | | Checking Acct #: | ******3143 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | M&M Pizza of Ohio Corp., Inc. |
| For Period Beginning: | 10/8/2012 | | Blanket bond (per case limit): | $1,500,000.00 |
| For Period Ending: | 5/28/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $33,588.85 | $33,588.85 | $0.00 |

**For the period of 10/8/2012 to 5/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $33,588.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,588.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33,588.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,588.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/30/2014 to 5/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $33,588.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,588.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33,588.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,588.85 |
| Total Internal/Transfer Disbursements: | $0.00 |